UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ERIC W. FIFE,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

Case No. C18-156-JPD

ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 4. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 14.

On remand, the Appeals Council shall instruct the administrative law judge (ALJ) to offer plaintiff a new hearing. The ALJ shall reconsider the application of Acquiescence Ruling 97-4(9); consider all medical opinions and reconsider the medical opinions of Mary Montgomery, ARNP, James Czysz, Psy.D., and Melanie Mitchell, Ph.D., consistent with 20 C.F.R. § 416.927; reconsider plaintiff's subjective complaints consistent with Social Security Ruling 16-3p; reconsider plaintiff's residual functional capacity; obtain supplemental evidence from a vocational expert if necessary; and issue a new decision.

ORDER
PAGE - 1

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412(d).

DATED this 12th day of September, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2